IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:10-00128 |
| v. ) | JUDGE HAYNES |
| ) | |
| MELVIN P. KNIGHT, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

A revocation hearing is set in this action for **Friday, May 31, 2013 at 4:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the _17th_ day of May, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court