IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 3:10-00128 |
| v. | ) WILLIAM J. HAYNES, JR. |
| | ) U.S. District Court Judge |
| | ) |
| MELVIN P. KNIGHT | ) |

MOTION TO CONTINUE REVOCATION HEARING

Comes now Melvin P. Knight, through Isiaih S. Gant, Assistant Federal Public Defender, and respectfully requests that the Court continue the revocation hearing currently scheduled for **Friday, May 31, 2013,** for a day the following week or a time that is convenient with the Court's calendar that is not a Friday.

WHEREFORE, it is respectfully requested that the revocation hearing be rescheduled for a day of the week following May 31, 2013, that is not a Friday.

Respectfully submitted,

/s/ Isaiah S. Gant
Isaiah S. Gant (BPR #025790)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
E-mail: skip_gant@fd.org

Attorney for Melvin P. Knight

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2011, I electronically filed the foregoing Motion to Continue Revocation Hearing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Blanche B. Cook, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203.

/s/ Isaiah S. Gant
Isaiah S. Gant